AARON N. COLBY (State Bar No. 247339)
aaron@colbylegal.com
ZOE YUZNA (State Bar No. 268496)
zoe@colbylegal.com
COLBY LAW FIRM, PC
13263 Ventura Boulevard, Suite 203
Studio City, California 91604
Telephone: (818) 253-1599
Fax: (818) 475-1981
Attorneys for Plaintiff
KEITH CORSI

Alka Ramchandani-Raj, Bar No. 262172
araj@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925-932-2468
Faxe No.: 925-946-9809

Kimberly M. Shappley, Bar No. 314672
kshappley@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: 949-705-3000
Fax No.: 949-724-1201

Attorneys for Defendant
JELD-WEN, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CORSI, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JELD-WEN, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-02482-DJC-JDP<br><br>**JOINT STIPULATION OF VOLUNTARY DIMISSAL OF ENTIRE ACTION AND ORDER**<br><br>Complaint Filed:　　　　July 11, 2024<br>Case Removed:　　　　September 11, 2024<br>Final Pretrial Conference:　May 7, 2026<br>Trial Date:　　　　　　July 6, 2026 |

Plaintiff KEITH CORSI ("Plaintiff"), by and through his undersigned counsel, and Defendant JELD-WEN, INC. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

1. The Parties agree to dismiss the entire action of all parties and all causes of action with prejudice.
2. The Court did not waive court fees and costs for a party in this case.
3. Each party will bear their own attorneys' fees and costs.

DATED: October 7, 2025          COLBY LAW FIRM, PC

                                By: /s/ Zoe Yuzna
                                    AARON N. COLBY
                                    ZOE YUZNA

                                Attorneys for Plaintiff
                                KEITH CORSI

DATED: October 7, 2025          LITTLER MENDELSON, P.C.

                                By: /s/ Kimbery M. Shappley
                                    ALKA RAMCHANDANI-RAJ
                                    KIMBERLY M. SHAPPLEY

                                Attorneys for Plaintiff
                                JELD-WEN, INC.

## **ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: October 7, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE